# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 8, 2022

## NO. 03-20-00434-CV

**Texas Department of Public Safety, Appellant**

**v.**

**C. W., Appellee**

## APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on August 17, 2020. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.